UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Luisa Ojeda, Domingo Morales, Paige Anderson, and Kasey Walton, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:14-CV-575-PLR-HBG |
| El Jimador, Inc., Manuel Villalobos, Jesus Monarrez, and Jesus Yanez, ) ) ) | |
| Defendants. ) | |

**Memorandum Opinion and Order**

This matter is before the Court on the defendants' motion to dismiss [R. 7] and the defendants' second partial motion to dismiss [R. 12]. After the defendants filed their first motion to dismiss, the plaintiffs amended their complaint, mooting that motion. When the defendants filed their second partial motion to dismiss, the plaintiffs sought permission to amend their complaint a second time, but were denied. [R. 16, 19]. The plaintiffs then failed to otherwise respond to the second partial motion to dismiss, so the Court ordered the plaintiffs to show cause in writing why the defendants' motion should not be granted. [R. 20]. The plaintiffs timely responded to the show cause order, indicating that they do not oppose the relief sought in the defendants' second partial motion to dismiss. [R. 21]. Accordingly, the defendants' second partial motion to dismiss [R. 12] is **Granted**. The defendants' first motion to dismiss [R. 7] is **Denied as Moot**.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**